ORIGINAL

FILED JAN 2 9 2004 U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **GENERAL ELECTRIC COMPANY** Plaintiff, v. **UNITED STATES OF AMERICA,** Defendant. | Case No. 04-0108C<br>Judge: ______ |

## NOTICE OF RELATED CASES

**I. Directly Related Case.** In accordance with Rule 40.2(a)(1)(A) of the Rules of the Court of Federal Claims ("RCFC"), counsel for Plaintiff General Electric Company states that this action is related to *General Electric Company v. United States,* Case No. 04-_________, filed on this same day, in that the claims in part involve "the same parties and are based on the same or similar claims." RCFC 40.2(a)(1)(A).

General Electric Company ("GE") is the current holder of the two Standard Contracts for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste ("Standard Contract"), 10 C.F.R. § 961.11, for the Morris Facility and Valecitos Nuclear Center. As these two complaints, filed contemporaneously, involve the same party, GE, and are based on similar claims (*i.e.*, the Standard Contract), they are directly-related in accordance RCFC 40.2(a)(1)(A). Therefore, assignment to a single judge and consolidation is likely to conserve judicial resources and promote an efficient determination of the actions.

**II. Other Potentially Related Cases.** In addition, counsel for plaintiff states that this action may be related to the actions that were filed and are currently pending in this Court,

and listed on Attachment A.

RCFC 40.2(a)(1)(B) states that actions involving the "same contract, property or patent" are deemed related. This action, as well as the actions listed on Attachment A, are all based upon the Department of Energy's "Standard Contract," material terms of which are recited at 10 C.F.R. § 961.11. However, each of the plaintiffs in these actions executed separate Standard Contracts with Defendant, acting by and through the Department of Energy. Although each Standard Contract, as the name suggests, contains identical material terms and conditions, the parties to each contract are different and each action presents unique issues. Accordingly, plaintiff's position is that consolidation of the above referenced actions is not likely to conserve judicial resources or promote an efficient determination of the actions. Issues regarding consolidation are currently the subject of motions pending before the court.

Given the facts summarized above, there may be some question about whether the actions listed above are "directly-related cases" or "indirectly-related cases" within the meaning of Rule 40.2. Nonetheless, this notice is filed in order to permit the Court to make an informed judgment as to the proper assignment of this action.

January 29, 2004

Brad Fagg (Counsel of Record)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5191 Telephone
(202) 739-3001 Facsimile

Attorney for Plaintiff
General Electric Company

**ATTACHMENT A.**

*Arizona Public Service Company*, No. 03-2832C (Judge Hodges);

*Boston Edison Co. v. United States*, No. 99-447C (Judge Lettow);

*Carolina Power & Light Company, Florida Power Corporation v. United States*, No. 04-0037C (Judge Hewitt);

*Commonwealth Edison Co. v. United States*, No. 98-621C (Judge Hewitt);

*Connecticut Yankee Atomic Power Co. v. United States*, No. 98-154C (Senior Judge Merow);

*Constellation Generation Group, LLC, Calvert Cliffs Nuclear Power Plant, Inc., and Nine Mile Point Nuclear Station, LLC v. United States*, No. 04-0068C (Senior Judge Margolis);

*Consumers Energy Co. v. United States*, No. 02-1894C (Chief Judge Damich);

*Detroit Edison Co. v. United States*, No. 02-926C (Judge Williams);

*Dominion Resources, Inc. and Dominion Nuclear Connecticut, Inc. v. United States*, No. 04-0083C (Judge Bruggink);

*Dominion Resources, Inc. and Virginia Electric and Power Company v. United States*, No. 04-0084C (Judge Bruggink);

*Duke Power v. United States*, No. 98-485C (Judge Sypolt);

*Energy Northwest v. United States*, No. 04-0010C (Chief Judge Damich);

*Entergy Gulf States, Inc. v. United States*, No. 03-2625C (Judge Williams);

*Entergy Nuclear Fitzpatrick, LLC, Entergy Nuclear Indian Point 3, LLC, and Entergy Nuclear Operations, Inc. v. United States*, No. 03-2627C (Chief Judge Damich);

*Entergy Nuclear Generation Company v. United States*, No. 03-2626C (Judge Lettow);

*Entergy Nuclear Indian Point 2, LLC v. United States*, No. 03-2622C (Judge Lettow);

*Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc. v. United States*, No. 03-2663C (Judge Hodges);

*Exelon Generation Company, LLC v. United States*, No. 04-0102C (Judge Hewitt);

*Exelon Generation Company, LLC v. United States*, No. 04-0103C (Judge Hewitt);

*Exelon Generation Company, LLC, AmerGen Energy Company, LLC v. United States*, No. 04-0104C (Judge Hewitt);

*Florida Power & Light Co. v. United States*, No. 98-483C (Judge Sypolt);

*FPL Energy Seabrook, LLC v. United States*, No. 04-0088C (Chief Judge Damich);

*GPU Nuclear, Inc. v. United States*, No. 00-440C (Judge Bush);

*General Atomics v. United States*, No. 03-2505C (Judge Wolski);

*Indiana Michigan Power Co. v. United States*, No. 98-486C (Judge Hodges);

*Interstate Power and Light Company v. United States*, No. 04-0067C (Judge Lettow);

*Kansas Gas & Electric Company v. United States*, No. 04-_______ (filed January 28, 2004);

*Maine Yankee Atomic Power Co. v. United States*, No. 98-474C (Senior Judge Merow);

*Nebraska Public Power District v. United States*, No. 01-116C (Judge Sypolt);

*Northern States Power Co. v. United States*, No. 98-484C (Judge Wiese);

*Omaha Public Power District v. United States*, No. 01-115C (Judge Bush);

*Pacific Gas & Electric Company v. United States*, No. 04-0074 (Judge ______) (filed January 22, 2004);

*Pacific Gas & Electric Company v. United States*, No. 04-0075 (Judge ______) (filed January 22, 2004);

*PPL Susquehanna, LLC v. United States*, No. 04-0070C (Judge Baskir, Judge Horn);

*PSEG Nuclear LLC v. United States*, No. 01-551C (Judge Sypolt);

*Power Authority of New York v. United States*, No. 00-703C (Judge Damich);

*Sacramento Municipal Utility District v. United States*, No. 98-488C (Judge Braden);

*Southern Nuclear Operating Co. et al. v. United States*, No. 98-614C (Senior Judge Merow);

*System Fuels Inc., on its own behalf and as agent for Entergy Arkansas, Inc. v. United States*, No. 03-2623C (Judge Lettow);

*System Fuels Inc., on its own behalf and as agent for Entergy Louisiana, Inc. v. United States*, No. 03-2621C (Judge Williams);

*System Fuels Inc., on its own behalf and as agent for System Energy Resources, Inc. and South Mississippi Electric Power Association v. United States*, No. 03-2624C (Judge Braden);

*Tennessee Valley Authority v. United States*, No. 01-249C (Judge Lettow);

*Texas Genco, LP v. United States,* No. 04-________ (filed January 28, 2004);

*TXU Generation Company v. United States,* No. 04-______ (filed January 28, 2004);

*The Cleveland Electric Illuminating Company, Pennsylvania Power Company, and The Toledo Edison Company v. United States*, No. 04-0069C (Judge Wolski);

*Union Electric Company v. United States,* No. 04-________ (filed January 28, 2004);

*Vermont Yankee Nuclear Power Corp. v. United States*, No. 02-898C (Judge Hodges);

*Wisconsin Electric Power Co. v. United States*, No. 00-697C (Senior Judge Merow);

*Wisconsin Public Service Corporation v. United States*, No. 04-0071C (Judge Block);

*Yankee Atomic Electric Co. v. United States*, No. 98-126C (Senior Judge Merow).

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 29th day of January, 2004, the foregoing Notice of Related Cases was served by U.S. Mail (First Class, postage pre-paid) to:

Harold D. Lester, Jr.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20530

Alex D. Tomaszczuk
Shaw Pittman
1650 Tysons Boulevard
McLean, VA 22102-4859

Jerry Stouck
Spriggs & Hollingsworth
1350 I Street, N.W.
Ninth Floor
Washington, D.C. 20005-3305

Melvin C. Garbow
Arnold & Porter
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206

M. Stanford Blanton
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, AL 35203

Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue
40th Floor
Seattle, WA 98101-3099

David A. Handzo
Jenner & Block
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C. 20005

Peter K. Shea
Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, TN 37902-1401

Thomas O. Mason
Williams, Mullen, Clark & Dobbins
8270 Greensboro Drive, Suite 700
McLean, VA 22102

Richard J. Conway
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C. 20037-1526