**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GENERAL ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-108C |
| | ) | (Judge Wolski) |
| UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant an enlargement of time of 21 days, to including April 19, 2004, to respond to plaintiff's complaint in this case. Defendant's response to plaintiff's complaint is currently due on Monday, March 29, 2004. Defendant has not previously requested an enlargement of time for this purpose. Counsel for plaintiff, Paul Bessette, has represented that plaintiff, General Electric Company, does not oppose this motion.

Counsel for the Government is attempting to develop appropriate responses to a series of more than 40 complaints that were recently filed in this Court, all arising from alleged breaches of the "Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste" published at 10 C.F.R. § 961.11. Many of these cases appear interrelated, with the original contract holder suing the Government, an assignee of the contract suing the Government, and, in some instances, a former shareholder or minority interest owner suing the Government. Counsel for defendant has been working to attempt to identify all of the competing interests in these various cases and to determine the most appropriate manner in which to proceed in each of them. We have

filed motions to stay proceedings in several of the new cases to allow more developed cases to proceed so that decisions in those cases can provide guidance in newer cases.

We initially anticipated filing a motion to stay proceedings in this case, which we understand the plaintiff in this case in substance would not generally oppose. In reviewing the allegations in this particular case, however, we discovered that the plaintiff is alleging that it is a third-party beneficiary of other Standard Contract holders' contracts. We believe that it is appropriate to investigate that allegation further before we recommend a course of future action in this case. To allow us time to consider the substance of plaintiff's complaint in greater detail, we respectfully request that the Court grant us an additional 21 days within which to do so.

Unfortunately, since March 1, 2004, counsel for defendant has been heavily involved in the trial of one of the Standard Contract cases, Indiana Michigan Power Co. v. United States, No. 98-486C (Fed. Cl.), with the Government's post-trial briefing due today, and that work has been precluded him from devoting himself to other matters. With oral argument in another Standard Contract case, TVA v. United States, No. 01-249C (Fed. Cl.) (Lettow, J.), scheduled for April 2, 2004, and other Standard Contract-related litigation matters requiring his attention, counsel for defendant respectfully requests that he be given a period of an additional 21 days to complete the Government's efforts to prepare a response to plaintiff's complaint in this case.

For the foregoing reasons, defendant respectfully requests that the Court grant defendant's request for an enlargement of time of 21 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

March 29, 2004

CERTIFICATE OF FILING

I hereby certify that on this 29th day of March 2004, a copy of foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.