# In the United States Court of Federal Claims

No. 04-108C
(Filed April 8, 2004)

* * * * * * * * * * * * * * * * * * * * *
*
**GENERAL ELECTRIC CO.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has received defendant's unopposed motion for an enlargement of time to respond to plaintiff's complaint in this case. The Court **GRANTS** the motion. Defendant's response shall be due no later than April 19, 2004.

**SO ORDERED.**

/S/Victor J. Wolski
**VICTOR J. WOLSKI**
Judge