**EXHIBIT 1**

__**Category A:**__

*General Atomics*, 03-2505C, (Wolski, J)

*Arizona Public Service Co*., 03-2832C, (Hodges, J.)

*Portland General Electric Company*, *The City of Eugene, Oregon, and Pacificorp*, 04-0009C, (Bruggink, S. J.)

*Carolina Power & Light Co., Florida Power Corp.*, 04-0037C, (Hewitt, J.)

*Interstate Power & Light Co*., 04-0067C, (Miller, J.)

*Constellation Generation Group, LLC, et al*., 04-0068C, (Margolis, S. J.)

*Cleveland Elec. Illuminating Co, et al*., 04-0069C, (Wolski, J.)

*PPL Susquehanna, LLC,* 04-0070C, (Baskir, J.)

*Wisconsin Public Svc. Corp*., 04-0071C, (Block, J.)

*Dominion Resources, Inc., et al*., 04-0083C, (Bruggink, S. J.)

*Dominion Resources, Inc., et al*., 04-0084C, (Bruggink, S. J.)

*Exelon Generation Company, LLC, (Peach Bottom, Limerick),* 04-0102C, (Hewitt, J.)

*Exelon Generation Company, LLC, (Oyster Creek, TMI, Clinton), et al*., 04-0104C, (Hewitt, J.)

*General Electric Co. (Vallecitos),* 04-0108C, (Wolksi, J.)

*Southern California Edison Co*., 04-0109C, (Baskir, J.)

*Rochester Gas and Electric Corp*., 04-0118C, (Bush, J.)

*Niagara Mohawk Power Corp. (Nine Mile Point 1),* 04-0124C, (Sypolt, J.)

*Niagara Mohawk Power Corp., et al., (Nine Mile Point 2),* 04-0125C, (Allegra, J.)

*BWX Technologies, Inc*., 04-0096C, (Lettow, J.)

**Category B:**

*Detroit Edison Company*, 02-026C, (Williams, J.)

*System Fuels, Inc. – Entergy Louisiana, Inc.*, 03-2621C, (Williams, J.)

*Entergy Nuclear Indian Point 2, LLC*, 03-2622C, (Lettow, J.)

*System Fuels, Inc. – Entergy Arkansas, Inc*., 03-2623C, (Lettow, J.)

*System Fuels, Inc. – System Energy Resources, Inc. and South Mississippi Electric Power Association*, 03-2624C, (Braden, J.)

*Entergy Gulf States, Inc*., 03-2625C, (Williams, J.)

*Entergy Nuclear Generation Co.*, 03-2626C, (Lettow, J.)

*Entergy Nuclear Fitzpatrick, LLC, Entergy Nuclear Indian Point 3, LLC and Entergy Nuclear Operations, Inc.*, 03-2627C, (Damich, C. J.)

*Entergy Nuclear Vermont Yankee, LLC & Entergy Nuclear Operations, Inc.*, 03-2663C, (Hodges, J.)

*FPL Energy Seabrook, LLC, et al.*, 04-0088C, (Damich, C. J.)

**Category C:**

*Consolidated Edison Co. of NY, Inc*., 04-0033C, (Bruggink, S. J.)

*Delmarva Power & Light Co.*, 04-0034C, (Miller, J.)

*Canal Electric Co.*, 04-0035C, (Hodges, J.)

*Atlantic City Electric Co.*, 04-0036C, (Futey, S. J.)

**Category D:**

*Energy Northwest*, 04-0010C, (Damich, C. J.)

*South Carolina Electric & Gas Co., et al.*, 04-0101C, (Lettow, J.)

**Category E: (Misc.)**

*General Electric Co.*, *(Morris)*, 04-0107C, (Wolski, J.)

*The United Illuminating Company*, 04-0129C, (Block, J.)