# In the United States Court of Federal Claims

No. 04-108C
(Filed May 27, 2005)

* * * * * * * * * * * * * * * * * * * * * *
*
**GENERAL ELECTRIC CO.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the parties' joint status report and joint motion for a continuation of the stay. The Court **GRANTS** the motion. All proceedings in this case shall be **STAYED** until **December 15, 2005**, by which date the parties shall file a joint status report.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge