# In the United States Court of Federal Claims

No. 04-108C
(Filed December 18, 2006)

* * * * * * * * * * * * * * * * * * * * * *
*
**GENERAL ELECTRIC CO.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has reviewed the parties' joint status report and joint motion for a continuation of the stay. The Court **GRANTS** the motion. All proceedings in this case shall be **STAYED** until **June 29, 2007**, by which date the parties shall file a joint status report.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge