# In the United States Court of Federal Claims

No. 04-108C
(Filed June 30, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
GENERAL ELECTRIC CO., *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the parties' joint status report and joint motion for a continuation of the stay, filed June 30, 2008. The Court **GRANTS** the motion. All proceedings in this case shall be **STAYED** until December 15, 2008, by which date the parties shall file a joint status report.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge